THE MIDWOOD SANATORIUM, Appellant, *v.* FIREMAN'S FUND INSURANCE COMPANY OF SAN FRANCISCO, Respondent, Impleaded with Others.

(Submitted April 24, 1933; decided April 28, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 381.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ORGIE HEATH, Appellant.

(Submitted April 24, 1933; decided April 28, 1933.)

Motion to vacate the order of dismissal and for reargument denied. (See 261 N. Y. 662.)